UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| Juan Costilla,  )<br> )<br> )<br> Plaintiff,  )<br> )<br> v.  )<br> )<br>Pitt County Memorial Hospital,  )<br> )<br> Defendant.  )<br> ) | **JUDGMENT**<br><br>No. 4:12-CV-298-BR |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that this action is DISMISSED WITHOUT PREJUDICE, and the 17 December 2012 order directing payments of the filing fee from plaintiff's prison trust account is VACATED.

**This judgment filed and entered on December 18, 2012, and served on:**

Juan Costilla (via US Mail at Hyde Correctional Institution, PO Box 278, Swan Quarter, NC 27885)

December 18, 2012  /s/ Julie A. Richards,
 Clerk of Court